UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERCONTINENTAL HOTEL GROUP,<br><br>    Defendant. | No.  2:15-cv-01116-MCE-AC<br><br><br>ORDER TO SHOW CAUSE |

This matter is before the undersigned pursuant to Local Rule 302(c)(21).  Plaintiff filed her initial complaint on May 22, 2015, along with a motion to proceed in forma pauperis.  ECF Nos. 1, 2.  On June 8, 2015, the court granted plaintiff's motion and dismissed her complaint for failure to comply with Federal Rule 8(a).  ECF No. 3.  The court gave plaintiff thirty (30) days to file an amended complaint.  Id.  Plaintiff has yet to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: September 16, 2015

_/s/ Allison Claire_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE